BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
MICHELE L. THIELHORN
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000

**FILED**
JUL 10 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MONIQUE ANAYA,<br><br>            Defendant. | NO. 1:09-cr-00076 AWI<br><br>GOVERNMENT'S MOTION AND ORDER TO DISMISS INDICTMENT |

The United States hereby moves to dismiss the Indictment in this case as against defendant Monique Anaya in the interests of justice.

DATED: July 9, 2012

                                            Respectfully submitted,

                                            BENJAMIN W. WAGNER
                                            United States Attorney

                                            By: _____/s/_____
                                              MARK E. CULLERS
                                              MICHELE L. THIELHORN
                                              Assistant U.S. Attorneys

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-00076 AWI |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS INDICTMENT |
| ) | |
| v. ) | |
| ) | |
| MONIQUE ANAYA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In the interests of justice, and upon motion of the United States, the above-named Indictment as against defendant Monique Anaya is hereby DISMISSED, with prejudice, in the interests of justice.

SO ORDERED.

DATED: July 9, 2012

_/s/ Anthony W. Ishii_
Hon. Anthony W. Ishii
U.S. District Judge